RECEIVED
IN MONROE, LA
DEC 07 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| YOLANDA WHITE, EX REL. | CIVIL ACTION NO. 06-1445 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DONALD R. PERRY, M.D., ET AL. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' Motion to Dismiss [Doc. No. 4] is GRANTED, and Plaintiff's claims against Outpatient Medical Center, Inc. and Dr. Donald Perry are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that the United States is substituted as defendant in place of Outpatient Medical Center, Inc. and Dr. Donald Perry.

It appears that this case is appropriate for consolidation with *White v. Jones* (06-0863). If any party objects to the consolidation of the two cases, they shall file specific, written objections by December 22, 2006. If no objections are timely filed, then the cases will be consolidated by a separate order and a scheduling order will be issued by the Court in due course. If any objections

are timely filed, the matter will be referred to the Magistrate Judge for a status conference to resolve the consolidation issues.

MONROE, LOUISIANA, this 7 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE